UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JUANITA REED**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 03-1085 (RMC) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' motion for partial summary judgment [Dkt. #40] is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that the following claims set forth in the Amended Complaint are **DISMISSED**: the Fifth and Fourteenth Amendment claims (set forth as part of Count I); the claim regarding an unconstitutional custom, practice, or policy related to the use of force (Count II); the claim regarding the failure to properly hire, train, and supervise (Count VII). The claims remaining are (1) a section 1983 claim against Officer Fitch, alleging excessive use of force in violation of the Fourth Amendment (Count I); (2) negligence (Count V); (3) assault and battery (Count VI); and (4) negligent infliction of emotional distress (Count VIII).

**SO ORDERED.**

Date: February 23, 2007          _____/s/_____
                                 ROSEMARY M. COLLYER
                                 United States District Judge